W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrlaw.com
STEPHANIE S. BUNTIN
Nevada Bar No.12339
sbuntin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8230
Facsimile: (702) 949-8364

ROBERT G. LANCASTER (*Pro Hac Vice to be Submitted*)
rglancaster@bryancave.com
BYRAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2239
Facsimile: (310) 260-7139

Attorneys for Defendant
ORDR.IN, INC. and
DAVID BLOOM

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORDER INN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORDR.IN, INC., a Delaware corporation;<br>DAVID BLOOM, an individual; and DOES 1<br>through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01959-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties through their respective counsel hereby agree and stipulate as follows:

1.     Defendant Ordr.In, Inc. and David Bloom were served with the Complaint filed by Plaintiff Order Inn, Inc. on or about November 27, 2012.

2.     The parties through their respective counsel of record agree that Defendant shall have up to and including January 11, 2013, to file their response to Plaintiff's Complaint on file.

3.     There have been no previous requests by Ordr.In, Inc. and David Bloom for an extension of time in which to answer or otherwise respond to Plaintiff's Complaint.

4.     This Stipulation is made for good cause and not for purposes of delay.   This Stipulation shall not be construed as a waiver of any rights belonging to any of the parties hereto.

DATED:  December 18, 2012

LEWIS AND ROCA LLP


/s/West Allen
W. WEST ALLEN
Nevada Bar No. 5566
STEPHANIE S. BUNTIN
Nevada Bar No. 12339
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ROBERT G. LANCASTER (*Pro Hac Vice to be Submitted*)
BYRAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Attorneys for Defendants
ORDR.IN and
DAVID BLOOM

DATED: December 18, 2012

WEIDE & MILLER, LTD.


/s/Ryan Gile
R. SCOTT WEIDE
Nevada Bar No. 5541
RYAN GILE
Nevada Bar No. 8807
KENDELEE L. WORKS
Nevada Bar No. 9611
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128


Attorneys for Plaintiff
ORDER INN, INC.



**IT IS SO ORDERED:**

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
DATED: 12-20-2012